■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAKEYMO A. HODGE, Appellant. (Appeal No. 2.) [46 NYS3d 810]— Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered March 21, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Hodge* ([appeal No. 1] 147

AD3d 1502 [2017]). Present—Whalen, P.J., Smith, DeJoseph, Curran and Scudder, JJ.